**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

BILLY WAYNE BROWN, JR.,
ADC #651783                                                                                                PLAINTIFF

v.                                          1:12-cv-00087-BSM-JTK

BILLY COWELL, et al.                                                                                  DEFENDANTS

**ORDER**

By Order dated September 18, 2012 (Doc. No. 4), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days.  The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 5).  Having reviewed the Amended Complaint, it appears to the Court that service is appropriate for Defendants Cowell, Horn, Maples, Budnik, and Guy.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Cowell, Horn, Maples, Budnik, and Guy.  The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendants Maples, Budnik, and Guy in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.  The United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on the Defendants

Cowell and Horn in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE