# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BILLY WAYNE BROWN, JR.**  **PLAINTIFF**
**ADC #651783**

v.   **CASE NO: 1:12CV00087 BSM/JTK**

**BILLY COWELL,** *et al.*   **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Jerome. T. Kearney and the objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendants Wendy Kelly and Ray Hobbs are dismissed from this action with prejudice.

2. It is certified that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

Dated this 30th day of November 2012.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE