**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

BILLY WAYNE BROWN, JR.,
ADC #651783                                                                                          PLAINTIFF

V.                                    1:12CV00087-BSM-JTK

BILLY COWELL, et al.                                                                         DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion to Compel (Doc. No. 34) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1